AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

David S. Link, )
*Plaintiff* )
v. ) Civil Action No. 3:22-cv-295
Board of Education of Kettering City Schools et al, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Court SUSTAINS Defendants' Motion to Dismiss, and Plaintiff's complaint is dismissed with prejudice. Judgement is to be entered in favor of Defendant and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Dismissal.

Date: 8/1/2024

CLERK OF COURT

*Anne Wamsley*
Signature of Clerk or Deputy Clerk